*E-FILED - 9/11/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN M. CORE, | ) | No. C 08-3308 RMW (PR) |
| Petitioner, | ) ) | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | ) ) | |
| BEN CURRY, | ) ) | |
| Respondent. | ) ) ) | |

Petitioner, a state prisoner proceeding pro se, filed the instant habeas corpus petition pursuant to 28 U.S.C. § 2254 on July 9, 2008. On that same day, the court sent a notification to petitioner informing him that he failed to pay the filing fee and, alternatively, failed to file an application to proceed in forma pauperis. The court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if petitioner failed to pay the fee or file a completed application with supporting documentation within thirty days. No response has been received from petitioner.

As petitioner has not filed a completed in forma pauperis application or paid the filing fee, this case is DISMISSED without prejudice.

The clerk shall terminate any pending motions and close the file.

///

Order of Dismissal
P:\pro-se\sj.rmw\hc.08\Core308disifp            1

1    IT IS SO ORDERED.
2  DATED: 9/10/08                    *Ronald M. Whyte*
                                     RONALD M. WHYTE
3                                    United States District Judge

Order of Dismissal
P:\pro-se\sj.rmw\hc.08\Core308disifp         2