*E-FILED - 9/11/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN M. CORE, | ) | No. C 08-3308 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| BEN CURRY, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

The court has dismissed the instant petition for writ of habeas corpus without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 9/10/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge